IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JOSHUA WARD**                                                                                                   **PLAINTIFF**

v.                                        Case No. 4:22-cv-00076-KGB

**COMMISSIONER,**
**SOCIAL SECURITY ADMINISTRATION**                                                     **DEFENDANT**

## JUDGMENT

Pursuant to the Order entered this date, it is considered, ordered, and adjudged that the Commissioner's decision is affirmed and that plaintiff Joshua Ward's complaint is dismissed with prejudice. The relief requested is denied.

It is so ordered this the 6th day of March, 2023.

_____
Kristine G. Baker
United States District Judge